DOCKET
THIS
:)